UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE A. SU,

       Plaintiff,                               Case No. 1:23–mc–00066–PJG

v.                                          Hon. Phillip J. Green

FORGE INDUSTRIAL STAFFING, INC.,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Order – #1<br>Proposed Order – #2 |
| Date/Time: | December 5, 2023   02:00 PM |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

*Respondent's brief will be due 21 days prior to the scheduled hearing date, and the Petitioner shall have a right to file a reply within 7 days prior to the scheduled hearing date.*

                                                           PHILLIP J. GREEN
                                                            U.S. Magistrate Judge

Dated:  November 8, 2023        By:   /s/ Jessica K. Wright
                                                  Judicial Assistant