UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Julie A. Su

    Petitioner,                    Case    1:23-mc-00066-PLM-PJG

v.                                      District Judge Paul L. Maloney and
                                            Magistrate Judge Phillip J. Green

Forge Industrial Staffing, Inc.

    Respondent
_____/

## NOTICE REGARDING REASSIGNMENT OF CASE

    NOTICE is hereby given that this case has been reassigned to District Judge Paul L. Maloney and Magistrate Judge Phillip J. Green for all further proceedings.

                                                              CLERK OF COURT

Dated:  December 5, 2023               By:   /s/ J. Gardner
                                                         Deputy Clerk