UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE A. SU,

    Petitioner,

v.

FORGE INDUSTRIAL STAFFING, INC.,

    Respondent.
_____/

Case No. 1:23-mc-66

HONORABLE PAUL L. MALONEY

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Pending before the Court is a joint motion by the parties to extend the time to file respondent's objections and petitioner's response to the Report and Recommendation issued by the magistrate judge (ECF No. 23). Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the motion to extend time to file respondent's objections and petitioner's response (ECF No. 23) is GRANTED for the reasons stated in the motion.

**IT IS FURTHER ORDERED** that the deadline for respondent to file objections to the Report and Recommendation is extended to March 18, 2024, and Petitioner's deadline to file a response to the objection is extended to April 11, 2024

Dated:  March 4, 2024

   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge