UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE A. SU, ACTING SECRETARY OF LABOR     )
UNITED STATES DEPARTMENT OF LABOR,         )
      Petitioner,                          )
                                         )     No. 1:23-mc-66
v.                                         )
                                         )     Honorable Paul L. Maloney
FORGE INDUSTRIAL STAFFING, INC.,           )
      Respondent.                          )
_____    )

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF

No. 29), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  November 19, 2024                /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge